# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LARRY ALONZO HILL BEY,**

    **Plaintiff,**

**vs.**     Case No.  4:20cv167-MW-MAF

**FRED O'BRIAN, et al.,**

    **Defendants.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, to this Court on April 1, 2020.  However, Plaintiff did not pay the filing fee for this case or file an in forma pauperis motion at the time of case initiation.  An Order was entered directing Plaintiff to do one or the other if he desired to proceed with this case.

Plaintiff has now filed an in forma pauperis motion.  ECF No. 7.  The motion is signed under penalty of perjury and contends that Plaintiff has no income, owns no property, and is unable to pay the filing fee.  Plaintiff's motion is granted and he will not be required to pay the filing fee for this case.

Plaintiff's amended complaint, ECF No. 6, has been reviewed along with Plaintiff's motion for default, ECF No. 8. That motion should be denied as frivolous. The Chattahoochee Police Department cannot be held in default because service of a complaint and summons has not been directed and, moreover, the Police Department is not named as a Defendant in the amended complaint.

Plaintiff's amended complaint is brought against four persons. ECF No. 6 at 1. However, the amended complaint fails to contain facts which state a claim against any of the individual Defendants. Rather, Plaintiff appears to assert that he delivered a "cease and desist" notice to the Chattahoochee Police Department "to stop the foreign hostility on [Plaintiff's] personal and professional character." *Id.* at 3. He contends that his notice is unrebutted and he seeks $15,000.00 in damages for defamation. *Id.*

Plaintiff's amended complaint is insufficient because he has not alleged facts which show a plausible federal claim. The facts do not demonstrate that any named Defendant harmed him, nor does he demonstrate the violation of his civil rights. There is no indication that

providing another opportunity for Plaintiff to amend his complaint would be beneficial. Accordingly, this case should be dismissed as frivolous.

Accordingly, it is

**ORDERED:**

1. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 7, is **GRANTED**.

2. Plaintiff is not required to pay the filing fee for this case.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, ECF No. 6, be **DISMISSED** for failure to state a claim upon which relief may be granted, and his motion for default, ECF No. 8, be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on April 23, 2020.

 S/    Martin A. Fitzpatrick  
**MARTIN A. FITZPATRICK**  
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.