# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LARRY ALONZO HILL BEY,**

    *Plaintiff*,

v.   CASE NO.:  4:20cv167-MW/MAF

**FRED O'BRIAN, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 6, is **DISMISSED** for failure to state a claim upon which relief may be granted and his motion for default, ECF No. 8, is **DENIED**." The Clerk shall also

---

[1] Plaintiff filed an "indemnity agreement," ECF No. 11, which even liberally construed cannot be read as an objection to the report and recommendation.

close the file.

**SO ORDERED on May 26, 2020.**

**s/Mark E. Walker            **
**Chief United States District Judge**
